IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RANDALL LAMONT ROLLE,**
**D.O.C. # U-02521,**

      Plaintiff,

vs.                                          Case No. 4:07cv317-MP/WCS

**MICHAEL DILMORE, et al.,**

      Defendants.

                              /

## REPORT AND RECOMMENDATION

Plaintiff, an inmate incarcerated within the Florida Department of Corrections, submitted a civil rights complaint on July 19, 2007. Doc. 1. Plaintiff simultaneously filed a motion seeking leave to proceed with *in forma pauperis* status. Doc. 2. Plaintiff, however, is not entitled to proceed *in forma pauperis* in the federal courts because he has already incurred three "strikes" under 28 U.S.C. § 1915(g).

Just a month ago, on June 19th, Plaintiff attempted to initiate a lawsuit in this Court, filed as case 4:07cv285-RH/WCS. I entered a report and recommendation on June 25th, doc. 5, noting that Plaintiff is barred by § 1915(g) from proceeding without full payment of the filing fee at the time of case initiation. The report and

recommendation[1] was adopted by Judge Hinkle on July 11, 2007.  Doc. 8.  Thus, within the same week that Plaintiff's case was dismissed under § 1915(g), Plaintiff attempted to initiate yet another civil rights case under 42 U.S.C. § 1983 and be granted *in forma pauperis* status.  Pursuant to 28 U.S.C. § 1915(g), a prisoner may not bring a civil action "if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  Plaintiff's claims do not bring him within the "imminent danger of serious physical injury" exception as the Defendants are Tallahassee Police officers and, obviously, not physically with Plaintiff who is incarcerated in Lake Butler, Florida.  As Plaintiff does not fall within the "imminent danger" exception for proceeding with *in forma pauperis* status, 28 U.S.C. § 1915(g), this case must be dismissed without prejudice to Plaintiff refiling the case and simultaneously submitting the full filing fee.  *See* Dupree v. Palmer**,** 284 F.3d 1234 (11th Cir. 2002).

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED without prejudice** because Plaintiff is barred by 28

---

[1] The report and recommendation noted that Plaintiff previously filed case 4:06cv373-MP/WCS, which was dismissed for failure to state a claim on December 22, 2006.  Another civil rights case, 4:06cv406-MP/WCS, was similarly dismissed as barred by Heck v. Humphrey, 512 U.S. 477 (1994).  Docs. 19, 24, and 25 of that case.  Plaintiff's third case which counts as a strike was filed in the Middle District of Florida, case 3:07cv48-VMC-MCR, and was summarily dismissed immediately after filing under 28 U.S.C. § 1915(e)(2) for failure to state a claim as Plaintiff's claim was also barred by Heck v. Humphrey, *supra*.  Plaintiff has accrued three "strikes" pursuant to § 1915(g) which precludes him from proceeding *in forma pauperis* in this civil rights action.

Case No. 4:07cv317-MP/WCS

U.S.C. § 1915(g) from initiating a civil rights case in federal court without full payment of the filing fee at the time he submits the complaint.

**IN CHAMBERS** at Tallahassee, Florida, on July 25, 2007.

        s/ William C. Sherrill, Jr.
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**